

12-CV-05561-ORD

```
___FILED___LODGED
___RECEIVED
    JUN 27 2012
  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEOPLES BANK, a Washington corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P/C EASY RIDER, Official Number 926895, her engines, tackle, apparel, furniture, appurtenances and equipment, *In Rem*, and NEIL SWANSON, *In Personam*,<br><br>　　　　　Defendants. | IN ADMIRALTY<br><br>NO. C12-5561 RJB<br><br>[Proposed]<br>ORDER AUTHORIZING CLERK TO ISSUE A WARRANT FOR ARREST PURSUANT TO SUPPLEMENTAL RULE C |

This matter having come on upon the motion of plaintiff pursuant to Supplemental Rule for Admiralty and Maritime Claims and Asset Forfeiture Actions C(3), and the Court having considered the records and files herein, and having concluded that the conditions for an action *in rem* appear to exist, now therefore it is

ORDERED that the Clerk is authorized to issue a Warrant for the arrest of

Order Authorizing Clerk to Issue a Warrant for Arrest Pursuant to
Supplemental Rule C - 1

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400

1  the defendant vessel, the P/C EASY RIDER, Official Number 926895, her engines,

2  tackle, apparel, furniture, appurtenances and equipment.

3

4  DATED this 27th day of June, 2012.

5

6

7  _____
   UNITED STATES DISTRICT JUDGE
8

9

10 Presented by:

11

12
13 _____
   Stan Loosmore, WSBA #6011
14 Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25 234-12010-7p

Order Authorizing Clerk to Issue a Warrant for Arrest Pursuant to
Supplemental Rule C - 2

Law Office of
STAN LOOSMORE, P.S.
P O Box 1399
Mercer Island, WA 98040
206 622-2400